**Nos. 26-2596, 26-2597, 26-2694**

---

**UNITED STATES COURT OF APPEALS**
**FOR THE EIGHTH CIRCUIT**

ABBVIE, INC., a Delaware corporation; ALLERGAN, INC., a Delaware corporation; DURATA THERAPEUTICS, INC., a Delaware corporation; ABBVIE PRODUCTS, LLC, a Georgia limited liability company; PHARMACYCLICS, LLC, a Delaware limited liability company; ALLERGAN SALES, LLC, a Delaware limited liability company,

*Plaintiffs-Appellants*,

v.

MARTY JACKLEY, in his official capacity as Attorney General of the State of South Dakota; LARRY DEITER, in his official capacity as Director of the South Dakota Division of Insurance,

*Defendants-Appellees*.

(*Additional Captions on Inside Cover*)

On Appeal from the United States District Court for the
District of South Dakota,
Nos. 3:25-cv-03006, 4:25-cv-04156, 3:25-cv-03021 (Roberto A. Lange, C.J.)

**MOTION TO STAY BRIEFING SCHEDULE PENDING RESOLUTION OF THE PETITION FOR EN BANC REVIEW**


MATTHEW S. OWEN
RUSSELL B. BALIKIAN
GIBSON, DUNN & CRUTCHER LLP
1700 M Street NW
Washington, DC 20036
(202) 955-8500
mowen@gibsondunn.com
rbalikian@gibsondunn.com

*Counsel for AbbVie, Inc. et al.*

ALLON KEDEM
JEFFREY L. HANDWERKER
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Avenue, N.W.
Washington, DC 20001-3743
(202) 942-5000
allon.kedem@arnoldporter.com
jeffrey.handwerker@arnoldporter.com

*Counsel for AstraZeneca Pharmaceuticals, LP*

ERIN E. MURPHY
MATTHEW D. ROWEN
PHILIP HAMMERSLEY
CLEMENT & MURPHY, PLLC
706 Duke Street
Alexandria, VA 22314
(202) 742-8900
erin.murphy@clementmurphy.com

*Counsel for Pharmaceutical Research and Manufacturers of America*


September 15, 2026

26-2597

ASTRAZENECA PHARMACEUTICALS, LP

*Plaintiff-Appellant*,

v.

MARTY JACKLEY, in his official capacity as Attorney General of the State of South Dakota; LARRY DEITER, in his official capacity as Director of the South Dakota Division of Insurance,

*Defendants-Appellees.*

26-2694

PHARMACEUTICAL RESEARCH AND MANUFACTURERS OF AMERICA

*Plaintiff-Appellant*,

v.

MARTY JACKLEY, in his official capacity as Attorney General of the State of South Dakota; LARRY DEITER, in his official capacity as Director of the South Dakota Division of Insurance,

*Defendants-Appellees.*

The plaintiffs-appellants in these appeals (collectively, "petitioners") respectfully move under Federal Rules of Appellate Procedure 26(b) and 27 to stay the panel briefing deadlines established by this Court's order of August 25, 2026, pending disposition of their petition for initial hearing en banc. That temporary stay will conserve party and judicial resources and promote the efficient briefing and resolution of these appeals. Counsel for petitioners conferred with counsel for the State, who take no position on this motion.

On August 28, 2026, petitioners filed a petition for initial hearing en banc under Federal Rule of Appellate Procedure 40(g). The petition argues that this appeal presents recurring questions of exceptional importance concerning state regulation of the federal 340B program, and that considering those questions en banc alongside the related issues presented by the pending en banc petition in *Novartis Pharmaceuticals Corp. v. Hanaway*, No. 25-1619 (8th Cir.), would conserve judicial resources and avoid the delay and duplication of an intermediate panel proceeding. On September 9, this Court directed the State to respond to the petition for initial hearing en banc in this appeal by September 21. Under the briefing schedule set by this Court's order, petitioners' opening briefs are due on October 14, 2026, followed by the State's brief and petitioners' reply briefs. Petitioners seek to suspend those panel briefing deadlines while the Court considers the petition for initial hearing en banc.

There is good cause to stay the briefing deadlines pending disposition of the petition for initial hearing en banc. That petition presents a threshold question about how this case should proceed. If the Court grants initial hearing en banc, it may establish a briefing schedule and direct the parties to address particular issues. Requiring the parties to prepare panel briefs before that determination is made risks duplicative or supplemental briefing and unnecessary expense. By waiting until the petition is resolved, the Court can ensure that all the parties involved can tailor their briefs to the manner in which the Court decides to proceed. That approach accords with how this Court and others typically manage panel-stage briefing when a petition for initial hearing en banc is pending. *See, e.g.*, Order, *Brandt v. Griffin*, No. 23-2681 (8th Cir. Sept. 8, 2023) (holding briefing in abeyance pending disposition of initial en banc petition); Clerk Letter, *Nestle Purina Petcare Co. v. Comm'r*, No. 09-01381 (8th Cir. Mar. 31, 2009) (same); *see also* Order, *Hamilton v. Dallas County*, No. 21-10133 (5th Cir. Mar. 25, 2021) (same); Order, *Townsend v. United States*, No. 19-5259 (D.C. Cir. Feb. 10, 2021) (same); Order, *Nat'l Org. of Veterans' Advocs., Inc. v. Sec'y of Veterans Affs.*, No. 20-1321 (Fed. Cir. Feb. 14, 2020) (same).

Upon disposition of the petition, petitioners request that the Court establish an appropriate merits-briefing schedule. If the petition is denied, petitioners propose that their opening briefs be due 30 days after the denial, with subsequent briefs due in accordance with Federal Rule of Appellate Procedure 31(a)(1).

Respectfully submitted,


<u>/s/ Matthew S. Owen</u>
MATTHEW S. OWEN
RUSSELL B. BALIKIAN
GIBSON, DUNN & CRUTCHER LLP
1700 M Street NW
Washington, DC 20036
(202) 955-8500
mowen@gibsondunn.com
rbalikian@gibsondunn.com

*Counsel for AbbVie, Inc. et al.*

<u>/s/ Allon Kedem</u>
ALLON KEDEM
JEFFREY L. HANDWERKER
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Avenue, N.W.
Washington, DC 20001-3743
(202) 942-5000
allon.kedem@arnoldporter.com
jeffrey.handwerker@arnoldporter.com

*Counsel for AstraZeneca Pharmaceuticals, LP*

<u>/s/ Erin E. Murphy</u>
ERIN E. MURPHY
MATTHEW D. ROWEN
PHILIP HAMMERSLEY
CLEMENT & MURPHY, PLLC
706 Duke Street
Alexandria, VA 22314
(202) 742-8900
erin.murphy@clementmurphy.com

*Counsel for Pharmaceutical Research and Manufacturers of America*


September 15, 2026

## CERTIFICATE OF COMPLIANCE

This motion complies with the type-volume limitation of Fed. R. App. P. 28(d)(2)(A) because it contains 491 words, excluding the parts of the brief exempted by Fed. R. App. P. 32(f).

This motion complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type style requirements of Fed. R. App. P. 32(a)(6) because it has been prepared in a proportionally spaced typeface using Microsoft Office 365 in Times New Roman 14-point font.

The electronic version of this petition has been scanned for viruses and has been found to be virus free.

/s/Matthew S. Owen
Matthew S. Owen

**CERTIFICATE OF SERVICE**

I hereby certify that on September 15, 2026, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system. I certify that all participants in this case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

/s/Matthew S. Owen
Mathew S. Owen